**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MEHMET ALI BASBOGA**,<br><br>*Petitioner*,<br><br>v.<br><br>**JAMAL L. JAMISON, Warden Of Philadelphia Federal Detention Center, et al.**,<br><br>*Respondents.* | **Case No. 2:26-cv-06694-JDW** |

**ORDER**

**AND NOW**, this 8th day of September, 2026, upon review of Petitioner Mehmet Ali Basboga's Petition For Writ Of Habeas Corpus (ECF No. 1), it is **ORDERED** that Petitioner's counsel shall serve the Petition and this Order on Respondents at the following email addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, gregory.david@usdoj.gov, mark.sherer@usdoj.gov, daniella.lees@usdoj.gov, mansi.shah@usdoj.gov, and eric.wolfish@usdoj.gov.

It is **FURTHER ORDERED** that, on or before September 11, 2026,[1] at 3:00 p.m., Respondents shall:

[1] Respondents shall use their best efforts to expedite their review of the Petition and to gather relevant information in order to respond sooner than the required deadline, if possible.

1. Advise me whether they oppose Mr. Basboga's Petition;

2. If so, then identify the statutory provision that they contend provides the basis for Mr. Basboga's detention;

3. If the statutory basis for detention is 8 U.S.C. § 1225(b)(2), then show cause why the Third Circuit's decision in *Buele Morocho v. Warden Phila. FDC*, -- F.4th --, 2026 WL 2546223 (3d Cir. Aug. 28, 2026) is not controlling; and

4. If the statutory basis for detention is a provision other than 8 U.S.C. § 1225(b)(2), then provide documents related to Mr. Basboga's detention, including but not limited to the various immigration forms that immigration officers completed throughout their encounters with him.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.