**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MEHMET ALI BASBOGA**,<br><br>*Petitioner*,<br><br>v.<br><br>**J.L. JAMISON, et al.**,<br><br>*Respondents*. | **Case No. 2:26-cv-06694-JDW** |

**ORDER**

**AND NOW**, this 22nd day of September, 2026, upon review of Petitioner Mehmet Ali Basboga's Petition For Writ Of Habeas Corpus (ECF No. 1), it is **ORDERED** that the Parties shall appear for argument related to Mr. Mehmet Ali Basboga's Petition on September 29, 2026, at 3:00 p.m. in Courtroom 12B, United States District Court, 601 Market Street, Philadelphia, PA 19106.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.